The Metropolitan Community Center, The Peoples Church, appellant, v. Harvey A. Watkins et al., appellees. Gen. No. 34,910.

Opinion filed November 24, 1931. Rehearing denied and additional opinion filed December 7, 1931.

Walter M. Farmer, for appellant; Sheridan E. Fry, of counsel. Hart, Frank & Shomberg, for appellees; Milton Hart, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Thomas Maloney, appellee, v. Thomas J. Grady, trading as T. J. Grady & Company, appellant. Gen. No. 34,944.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.

Henry N. Miller and John M. Grimes, for appellant; George A. Knuti, of counsel. Lawrence M. Fine, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Proctor D. Rensenhouse, appellee, v. W. H. Wade, appellant. Gen. No. 35,078.

Opinion filed November 24, 1931.

Myer N. Rosengard, for appellant; Irving L. Block, of counsel. Thomas M. Poynton, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

N. A. Cobb, appellant, v. Laura Harney Rathbone, executrix of the last will and testament of Henry R. Rathbone, deceased, appellee. Gen. No. 35,087.

Opinion filed November 24, 1931.

O'Connor & Conroy, for appellant; N. A. Cobb, pro se, and Frank J. Conroy, of counsel. Schroeder & Metzger, for appellee; Werner W. Schroeder, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.